382 A.2d 744

Commonwealth v. Choice, Appellant.

Submitted September 22, 1976. Alexander Hemphill, for appellant; Richard P. Myers, As-

sistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.